**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

# RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. No objection has been timely received. As the judge assigned to the case:

4:26-cv-10529-YGR
Michigan Laborers' Pension Fund v. Doximity, Inc. et al.

I find that the more recently filed cases that I have initialed below are **RELATED** to the case assigned to me, and such cases shall be **REASSIGNED** to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-12188-JD | Seaman v. Tangney et al. | **YGR** | |
| 26-cv-12471-KAW | Ables v. Tangney et al. | **YGR** | |

## ORDER

The parties are instructed that all future filings in the reassigned cases are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned cases will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: November 5, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE